AO 240 (Rev. 6/86) Application to Proceed

# United States District Court

MIDDLE DISTRICT OF PENNSYLVANIA

CARLOS OCTAVIO VLADIMIR SIMO-THEN

    Petitioner

v.

CHARLES ZEMSKI, ET AL

    Respondent

APPLICATION TO PROCEED IN FORMA PAUPERIS, SUPPORTING DOCUMENTATION AND ORDER

CASE NUMBER:

**1: CV 00-1808**

I, **CARLOS OCTAVIO VLADIMIR SIMO-THEN**, declare that I am the (check appropriate box)

[x] petitioner/plaintiff      [ ] movant (filing 28 U.S.C. 2255 motion)

[ ] respondent/defendant      [x] **filing 28 U.S.C. § 2241**
                                                                      other

in the above-entitled proceeding; that, in support of my request to proceed without being required to prepay fees, cost or give security therefor, I state that because of my poverty, I am unable to pay the costs of said proceeding or give security therefor; that I believe I am entitled to relief. The nature of my action, defense, or other proceeding or the issues I intend to present on appeal are briefly stated as follows:

FILED
SCRANTON

OCT 12 2000

PER _____
DEPUTY CLERK

In further support of this application, I answer the following questions.

1. Are you presently employed?      Yes [ ]    No [x]

    a. If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer. (list both gross and net salary)

    b. If the answer is "no," state the date of last employment and the amount of the salary and wages per month which you received.

        **1995 $200.00 PER WEEK**

2. Have you received within the past twelve months any money from any of the following sources?

    a. Business, profession or other form of self-employment      Yes [ ]    No [x]
    b. Rent payments, interest or dividends?      Yes [ ]    No [x]
    c. Pensions, annuities or life insurance payments?      Yes [ ]    No [x]
    d. Gifts or inheritances?      Yes [ ]    No [x]
    e. Any other sources?      Yes [ ]    No [x]

If the answer to any the above is "yes," describe each source of money and state the amount received from each during the past twelve months.

N/A

3. Do you own any cash, or do you have money in checking or savings accounts?
   Yes ☐   No ☒   (Include any funds in prison accounts.)
   If the answer is "yes," state the total value of the items owned.

4. Do you own or have any interest in any real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing)?
   Yes ☐   No ☒
   If the answer is "yes," describe the property and state its approximate value.

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

NONE

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __10/04/00__                     _____C_____
            (Date)                             Signature of Applicant

### CERTIFICATE
(Prisoner Accounts Only)

I certify that the applicant named herein has the sum of $ __00__ on account to his credit at the __Snyder County Prison__ institution where he is confined. I further certify that the applicant likewise has the following securities to his credit according to the records of said institution: __N/A__

I further certify that during the last six months the applicant's average balance was $ __00__

_____
Authorized Officer of Institution

### ORDER OF COURT

| The application is hereby denied | The application is hereby granted. Let the applicant proceed without prepayment of cost or fees or the necessity of giving security therefor. |
|---|---|
| _____  _____ <br> United States Judge    Date | _____  _____ <br> United States Judge    Date <br> or Magistrate |

Today's Date: 10/04/2000

# Inmate Running Balance Detail Report
## Snyder County Prison
Transactions from 06/01/2000 thru 10/04/2000

Page 3 of 3

Inmate Name: SEMO-THEN, VLADIMIR    Booking# 00-00236

| Transaction Date/Time | Transaction Type | Transaction Amount | Code | Check# | Document Locator Number / Deposit From/Withdrawal To | Running Balance | Receipt Number |
|---|---|---|---|---|---|---|---|
| | | | | | | 1.72 | |
| 08/18/2000 08:12 | Deposit | 5.25 | TP | | WEEK ENDING 8-11 HALL WORKER | 100.64 | 97079 |
| 08/21/2000 05:54 | Withdrawal | -41.45 | CO | | COMMISSARY SUMMARY POSTING | 59.19 | 97553 |
| 08/21/2000 11:06 | Withdrawal | -7.72 | DP | 4728 | 203-TO POSTMASTER | 51.47 | 97599 |
| 08/22/2000 08:10 | Withdrawal | -6.15 | PC | | 41 LEGAL PHOTO COPIES | 45.32 | 97720 |
| 08/23/2000 10:47 | Deposit | 5.25 | TP | | WEEK ENDING 8/18 HALL WORKER | 50.57 | 97891 |
| 08/28/2000 03:07 | Withdrawal | -22.84 | CO | | COMMISSARY SUMMARY POSTING | 27.73 | 98500 |
| 08/30/2000 09:06 | Deposit | 10.50 | TP | | WEEK ENDING 8-25 | 38.23 | 98792 |
| 09/04/2000 00:36 | Withdrawal | -15.45 | CO | | COMMISSARY SUMMARY POSTING | 22.78 | 99367 |
| 09/05/2000 14:25 | Withdrawal | -9.75 | IT | | ITI DEBIT SYSTEM CALL CHARGE | 13.03 | 99539 |
| 09/05/2000 14:25 | Withdrawal | -.58 | IT | | ITI DEBIT SYSTEM STATE TAX | 12.45 | 99540 |
| 09/05/2000 14:25 | Withdrawal | -.29 | IT | | ITI DEBIT SYSTEM FEDERAL TAX | 12.16 | 99541 |
| 09/06/2000 14:06 | Deposit | 10.50 | TP | | WEEK ENDING 9-01 HALLWORKER | 22.66 | 99690 |
| 09/11/2000 04:19 | Withdrawal | -21.29 | CO | | COMMISSARY SUMMARY POSTING | 1.37 | 100411 |
| 09/27/2000 14:21 | Withdrawal | -.60 | CI | | TOOTHBRUSH | .77 | 103304 |
| 09/29/2000 13:15 | Withdrawal | -.77 | PC | | SEIZED FOR 11 COPIES (1.65) | -.00 | 103733 |
| 10/03/2000 08:30 | Withdrawal | -.30 | PC | | 2 LEGAL PHOTO COPEIS | -.30 | 104311 |
| 10/03/2000 08:30 | Deposit | .30 | BC | | NO MONEY FOR PHOTO COPIES | -.00 | 104312 |

Total Withdrawals this Inmate: -441.27    Total Deposits This Inmate: 439.55    Ending Balance: .00