UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CARLOS OCTAVIO VLADIMIR SIMO-THEN, :
:
Petitioner :
:
v. : CIVIL NO. 1:CV-00-1808
:
CHARLES ZEMSKI, ET AL., : (Judge Kane)
:
Respondents :

ORDER

NOW, THIS 31st DAY OF OCTOBER, 2000, IT IS HEREBY ORDERED THAT:

1. Petitioner's application to proceed in forma pauperis (Doc. 2) is granted.

2. The Clerk of Court is directed to serve a copy of the above-captioned petition for writ of habeas corpus on Respondents and the United States Attorney.

3. Within twenty (20) days of the date of this order, Respondents shall respond to the allegations in the petition.

4. A determination whether Petitioner should be produced for a hearing will be held in abeyance pending submission of a response.

5. Petitioner shall, if he so desires, file a reply to the response within fifteen (15)

FILED
HARRISBURG
NOV 0 1 2000
MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

days of its filing.

YVETTE KANE
United States District Judge

YK:lq

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

November 1, 2000

Re:  1:00-cv-01808    Simo-Then v. Zemski

True and correct copies of the attached were mailed by the clerk to the following:

    Carlos Octavio Vladimir Simo-Then
    CTY-SNY
    Snyder County Jail
    00-00236
    600 Old Colony Rd.
    Selinsgrove, PA   17870-8610

```
cc:
Judge                          (✓)
Magistrate Judge               ( )
U.S. Marshal                   ( )
Probation                      ( )
U.S. Attorney                  ( )
Atty. for Deft.                ( )
Defendant                      (✓)
Warden                         ( )
Bureau of Prisons              ( )
Ct Reporter                    ( )
Ctroom Deputy                  ( )
Orig-Security                  ( )
Federal Public Defender        ( )
Summons Issued                 ( ) with N/C attached to complt. and served by:
                                   U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5            ( )
Order to Show Cause            ( ) with Petition attached & mailed certified mail
                                   to:  US Atty Gen    ( )   PA Atty Gen  ( )
                                        DA of County   ( )   Respondents  ( )
Bankruptcy Court               ( )
Other____PSLC_____        (✓)
```

MARY E. D'ANDREA, Clerk

DATE:  11/1/00                                    BY:  _____
                                                       Deputy Clerk