

# SNYDER COUNTY PRISON
### 600 OLD COLONY ROAD
### SELINSGROVE PA    17870 - 8610
PHONE: (570) 374-7912
Fax: (570) 374-7921

GEORGE C. NYE
WARDEN

RUTH RUSH
SPECIAL ASSISTANT

LARRY E. WOMER
DEPUTY WARDEN

November 6, 2000

The Honorable Yvette Kane
U. S. District Judge
U. S. Courthouse
235 North Washington Ave.,
P. O. Box 1148
Scranton, Pa. 18501-1148

RE:  SIMO-THEN, Vladimir
CIVIL NO: 1:CV-00-1808

FILED
SCRANTON
NOV 08 2000

Dear Judge Kane:

This is in response to your "Order" dated October 31, 2000, concerning the above named individual. Vladimir Simo-Then is presently confined at this facility.

Although I am listed as a respondent in Mr. Simo-Then's "Complaint for Declaratory and Injunctive Relief" along with officials of the Immigration & Naturalization Service, I cannot respond to the allegations made by the petitioner. All of the items outlined in the petitioner's petition have to do with the Immigration and Naturalization Service. Mr. Simo-Then is only temporarily housed at the Snyder County Prison on behalf of the Immigration & Naturalization authorities and I am unable to respond to the petition filed by Mr. Simo-Then.

If you require additional information regarding this matter, please contact me.

Sincerely

George C. Nye
   Warden

cc:  central file