ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CARLOS OCTAVIO VLADIMIR SIMO-THEN
INS FILE NO. A 41-421-023

      Petitioner,

v.

CHARLES ZEMSKI
DISTRICT DIRECTOR
INS PHILADELPHIA,

IMMIGRATION & NATURALIZATION SERVICE,

WARDEN, SNYDER COUNTY PRISON
&
JANET RENO, ATTORNEY GENERAL

      Respondents.

CIVIL NO. 1:CV-00-1808

(Judge Kane)

FILED
HARRISBURG
DEC 15 2000
MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

---

MOTION FOR DECLARATORY JUDGMENT

    Comes now Carlos Octavio Vladimir SIMO-THEN, Petitioner, and moves this honorable court for a declaratory judgment pursuant to Rule 57, Fed.R.Civ.P. As grounds thereof petitioner state the following:

    (1) Petitioner filed a complaint for declaratory and injunctive relief and petition for writ of habeas corpus before the court captioned under above case number.

    (2) As basis for the aforesaid action, petitioner, contend that he is a derivative citizen of the United States,

acquired through his father who is a United States citizen. Thus, the Immigration & Naturalization Service lack jurisdiction over him and his detentioned is unlawful.

(3) On October 31, 2000 , the court ordered the United States Attorney to file a response within 20 days of such order.

(4) The United States have defaulted by failing to file an appropriate response, thereby disregarding the court's order.

WHEREFORE, Carlos Octavio Vladimir SIMO-THEN, petitioner, respectfully request this honorable court, for the reasons stated herein, for a declaratory judgment and all other relief the court deems proper in the premise.

Dated December 12, 2000

Respectfully submitted,

*Carlos O.Vladimir Simó-Then*
Carlos O.V. SIMO-THEN
Snyder County Prison
600 Old Colony Road
Selinsgrove, PA 17870

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CARLOS OCTAVIO VLADIMIR SIMO-THEN,  :
                                    :
                Petitioner          :
                                    :
        v.                          :    CIVIL NO. 1:CV-00-1808
                                    :
CHARLES ZEMSKI, ET AL.,             :    (Judge Kane)
                                    :
                Respondents         :

## ORDER

NOW, THIS 31st DAY OF OCTOBER, 2000, IT IS HEREBY ORDERED THAT:

1. Petitioner's application to proceed *in forma pauperis* (Doc. 2) is granted.

2. The Clerk of Court is directed to serve a copy of the above-captioned petition for writ of habeas corpus on Respondents and the United States Attorney.

3. Within twenty (20) days of the date of this order, Respondents shall respond to the allegations in the petition.

4. A determination whether Petitioner should be produced for a hearing will be held in abeyance pending submission of a response.

5. Petitioner shall, if he so desires, file a reply to the response within fifteen (15)

FILED
HARRISBURG
NOV 01 2000
MARY E. D'ANDREA, CLERK
Per_____
     DEPUTY CLERK

days of its filing.

_____
YVETTE KANE
United States District Judge

YK:lq

CERTIFICATE OF SERVICE

       I, the undersigned certify that I caused to be served a copy of the foregoing motion for declaratory judgment upon the following counsel:

                Assistant U.S. Attorney
                United States Attorney Office
                Middle District of Pennsylvania
                228 Walnut Street
                Harrisburg, PA 17108

by depositing the same in the U.S. Mail first class postage prepaid.

Executed December 12, 2000

                                              _Carlos O. Vladimir Simo-Then_
                                              CARLOS O.V. SIMO-THEN