6
12/21/00

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CARLOS OCTAVIO | : | |
| VLADIMIR SIMO-THEN, | : | |
| Petitioner | : | CIVIL NO.  1:CV-00-1808 |
| | : | |
| v. | : | (JUDGE KANE) |
| | : | |
| CHARLES ZEMSKI, ET AL., | : | |
| Respondents | : | |

FILED
HARRISBURG, PA

DEC 2  2000

MARY E. D'ANDREA, CLERK
Per_____
Deputy Clerk

**UNITED STATES  DEFENDANT'S**
**MOTION FOR ENLARGEMENT OF TIME**

United States Respondents, by the United States Attorney's Office,  request a twenty

day enlargement of time in which to respond to Petitioner's Petition for Writ of Habeas Corpus.  The

grounds for said motion are as follows:


1. Petitioner filed, on October 12, 2000, a "Complaint for Declaratory and Injunctive

Relief and Petition for Writ of Habeas Corpus".

2. On October 31, 2000, this Court issued an Order directing the Clerk of Court to

serve a copy of the petition on Respondents and the United States Attorney, and directing that

Respondents respond to the petition within twenty days of the date of the Order.

3. A copy of the Court's Order was not received by the United States Attorney's

Office until yesterday, December 19, 2000.

4. This request for enlargement of time is filed to provide respondents with twenty

days to respond to the petition, as the Court deemed by its Order.

WHEREFORE, The United States Respondents, respectfully requests this Court to grant this

motion providing twenty days to respond to the petition.


Respectfully submitted,


DAVID M. BARASCH
United States Attorney


MARK E. MORRISON
Assistant U.S. Attorney
Federal Building - Room 217
228 Walnut Street
P.O. Box 11754
Harrisburg, PA  17108
(717) 221-4482


Dated:  Harrisburg, Pennsylvania
        December 20, 2000

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CARLOS OCTAVIO          :
VLADIMIR SIMO-THEN,    :
     Petitioner           :    CIVIL NO. 1:CV-00-1808
                        :
v.                     :    (JUDGE KANE)
                        :
CHARLES ZEMSKI, ET AL.,  :
     Respondents        :

### CERTIFICATE OF SERVICE

    The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Middle District of Pennsylvania and is a person of such age and discretion to be competent to serve papers.

    On this 20th day of December, 2000, she served a copy of the foregoing document by placing said copy in a postpaid envelope addressed to the person hereinafter named, at the place and address stated below, which is the last known address, and by depositing said envelope and contents in the United States Mail at Harrisburg, Pennsylvania to:

Carlos O. V. Simo-Then
00-00236
Snyder County Prison
600 Old Colony Road
Slinsgrove, PA 17870

REBECCA A. PLESIC
Legal Secretary