*sealed*

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

CARLOS OCTAVIO VLADIMIR  :
SIMO-THEN,               :
                         :
        Petitioner       :
                         :
    v.                   :   CIVIL NO. 1:CV-00-1808
                         :
CHARLES ZEMSKI, ET AL.,  :   (Judge Kane)
                         :
        Respondents      :

FILED
HARRISBURG, PA

JAN 0 5 2001

MARY E. D'ANDREA, CLERK
PER_____
       DEPUTY CLERK

ORDER

AND NOW, THIS 5TH DAY OF JANUARY, 2001, upon consideration of Respondents' motion for an enlargement of time in which to respond to Petitioner's petition for writ of habeas corpus, said motion (Doc. 6) is granted. Respondents may file their response within twenty (20) days of the date of this order.

                                    /s/ Yvette Kane
                                    _____
                                    YVETTE KANE
                                    United States District Judge

YK:lq

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

January 5, 2001

Re:  1:00-cv-01808    Simo-Then v. Zemski

True and correct copies of the attached were mailed by the clerk to the following:

Mark E. Morrison, Esq.
Office of the United States Attorney
P.O. Box 11754
Harrisburg, PA  17108-1754

Carlos Octavio Vladimir Simo-Then
CTY-SNY
Snyder County Jail
00-00236
600 Old Colony Rd.
Selinsgrove, PA  17870-8610

```
cc:
Judge                          ( )
Magistrate Judge               ( )
U.S. Marshal                   ( )
Probation                      ( )
U.S. Attorney                  ( )
Atty. for Deft.                ( )
Defendant                      ( )
Warden                         ( )
Bureau of Prisons              ( )
Ct Reporter                    ( )
Ctroom Deputy                  ( )
Orig-Security                  ( )
Federal Public Defender        ( )
Summons Issued                 ( )  with N/C attached to complt. and served by:
                                    U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5            ( )
Order to Show Cause            ( )  with Petition attached & mailed certified mail
                                    to:  US Atty Gen    ( )   PA Atty Gen   ( )
                                         DA of County   ( )   Respondents   ( )
Bankruptcy Court               (✓)
Other _____             ( )
```

MARY E. D'ANDREA, Clerk

DATE: _____1-5-01_____          BY: _____/s/_____
                                        Deputy Clerk