JUDGE'S COPY

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CARLOS OCTAVIO<br>   VLADIMIR SIMO-THEN<br>       petitioner, | CIVIL NO. 1:CV-00-1808 |
| v. | |
| CHARLES ZEMSKI. ET AL,.<br>       respondents. | |

FILED
HARRISBURG
JUN 2 2 2001
MARY E. D'ANDREA, CLERK
Per _____
DEPUTY CLERK

RE: CARLOS OCTAVIO VLADIMIR SIMO-THEN
----
MOTION TO CHANGE OF ADDRESS

     BE, advised that my address should be change to the fallowing. A copy has been served on opposing party.

          CARLOS OCTAVIO VLADIMIR SIMO-THEN
          PIKE COUNTY JAIL
          HC 8 BOX 8601
          HAWLEY, PA 18428

DATE/JUNE/19/2001

                    RESPECTFULLY SUBMITTED,

                    *Carlos O. Vladimir Simo-then*
                    CARLOS OCTAVIO VLADIMIR SIMO-THEN

CERTIFICATE OF SERVICE

THIS, is to certify that I have this date served a copy of the foregoing motiong change of address on the following councel:

MARK E. MORRISSON, ESQ
ASSISTANT U.S. ATTORNEY
228 WALNUT STREET
P.O. BOX 11754
HARRISBURG, PA 17108

by depositing the same in the U.S. mail first class postage prepaid.

DATE/JUNE/19/2001

*Carlos O. Vladimir Simo-Then*
CARLOS OCTAVIO VLADIMIR SIMO-THEN